[No. 15805-1-II.   Division Two.   July 7, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DANA MARIE BRENT, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-1-00210-7, Don L. McCulloch, J., entered January 28, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Seinfeld, J.

[No. 15372-6-II.   Division Two.   July 7, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. MARC RAYMOND STOKEN, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-1-00228-0, Alan R. Hallowell, J., entered September 23, 1991. *Reversed* by unpublished per curiam opinion.

[No. 14431-0-II.   Division Two.   July 7, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL ARKO, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 90-1-00090-1, Paula Casey, J., entered October 31, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Seinfeld, J.

[Nos. 14265-1-II; 14266-0-II.   Division Two.   July 7, 1993.]

*In the Matter of the Welfare of* M.E., ET AL.

Appeals from judgments of the Superior Court for Lewis County, No. 88-7-00098-7, David R. Draper, J., entered May 31, 1989, and July 3, 1990. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Seinfeld, J., and Petrich, J. Pro Tem.